UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 91-289 |
| HAKEEM DICKSON | : | <u>ORDER FOR CONTINUANCE</u> |

Pursuant to the Government's request, which was made by letter dated March 21, 2012, the Government shall file its response to Defendant's Motion to Adjust Sentence for Time Served in Nigeria, no later than April 23, 2012.

**SO ORDERED.**

_____
Dickinson R. Debevoise
U.S.S.D.J.

Dated: March 26, 2012