UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Crim. No. 91-289 (DRD) |
| v. | : | |
| HAKEEM DICKSON | : | **O R D E R** |
| Defendant. | : | |

Defendant, Hakeem Dickson, having moved for an order pursuant to 18 U.S.C.A. § 3585 (b) crediting him for time served in Nigeria as a result of the sentence imposed in this case, and the Court having considered the submissions and arguments of counsel; and having concluded that the Court does not have jurisdiction to grant the relief requested;

IT is this 8th day of May, 2012;

**ORDERED**, that Defendant's motion is dismissed.

    *s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.